DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
(973) 549-7000 (phone)
(973) 360-9831 (fax)
*Attorneys for Defendant*
*Princeton Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY PHYSICIANS UNITED RECIPROCAL EXCHANGE,<br><br>    Plaintiff,<br><br>v.<br><br>THE MEDICAL PROTECTIVE COMPANY, INC. D/B/A PRINCETON INSURANCE COMPANY; DOES 1–10,<br><br>    Defendants. | CIVIL ACTION NO. 13-02286-PGS-TJB<br><br>Hon. Peter G. Sheridan, U.S.D.J.<br><br>Motion Day: May 7, 2018<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Princeton Insurance Company ("Princeton") will move before this Court, 402 East State St., Trenton, NJ 08068 on May 7, 2018, or as soon thereafter as the Court may direct, for an Order granting Princeton's Motion for Summary Judgment and dismissing the Verified Complaint of Plaintiff New Jersey Physicians United Reciprocal Exchange with prejudice.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, Princeton shall rely on the enclosed Local Rule 56.1(a) Statement of Material Facts not in Dispute, its Brief in Support, and the Declaration of Walter J. Fleischer, Jr. Esq. and exhibits thereto. A proposed form of Order is also enclosed.

**PLEASE TAKE FURTHER NOTICE THAT** Princeton respectfully requests oral argument.

Dated: February 16, 2018

Respectfully,

Walter J. Fleischer Jr., Esq.
Diego J. Rosado, Esq.
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
*Attorneys for Defendant*
*Princeton Insurance Company*

91341876